979 A.2d 769

IN THE MATTER OF JOHN WILLIAM BJORKLUND, JR., AN ATTORNEY AT LAW.

October 8, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09-136, concluding on the record certified to the Board pursuant to *Rule* 1:20-4(f) (default by respondent), that **JOHN WILLIAM BJORKLUND, JR.,** formerly of **HADDON HEIGHTS,** who was admitted to the bar of this State in 1986, should be admonished for violating *RPC* 1.7(a) (engaging in conflict of interest by representing clients with directly adverse

274

interests or where there is significant risk that representation of one client will be materially limited by the lawyer's responsibility to another client), and good cause appearing;

It is ORDERED that **JOHN WILLIAM BJORKLUND, JR.,** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.